

BARRY I. SLOTNICK
Partner

345 Park Avenue
New York, NY  10154

Direct  212.407.4162
Main    212.407.4000
Fax     212.202.7942
bslotnick@loeb.com

Via E-Filing and Hand Delivery

August 14, 2012

Judge Leonard D. Wexler
Long Island Federal Courthouse
United States District Court
Eastern District of New York
944 Federal Plaza
Central Islip, New York  11722

Re:  *Buena Vista Home Entertainment and Walt Disney Pictures v. Marsha Anderson, et al.;*
     Civil Action No. CV12-3267

Dear Judge Wexler:

We represent Plaintiffs Buena Vista Home Entertainment and Walt Disney Pictures in the above-titled action and write to seek guidance from the Court regarding the "Defendant's Special Appearance Challenging Personal Jurisdiction" that appears to have been filed by Defendants Sally Anderson and/or Susan Anderson, each proceeding *pro se*.

On July 31, 2012, I received by facsimile transmission two nearly identical documents, both titled "Defendant's Special Appearance Challenging Personal Jurisdiction," one on behalf of Defendant Sally Anderson and the other on behalf of Defendant Susan Anderson.  The document submitted by Sally Anderson appeared on the electronic docket approximately one week thereafter, on August 9, 2012 (Doc. 5).

We write now to seek the Court's guidance on the appropriate response to these *pro se* submissions.  We note that the Court's Amended Rules require a pre-motion conference with the Court before making any motion, that the moving party must arrange for such a conference by submitting a letter request to the Court with a copy to all parties, and that no exception is made for *pro se* filers.  Because Defendants Sally and Susan Anderson did not request a pre-motion conference for their motions—and because no pre-motion conference was held—Plaintiffs understand that their time to respond to these motion(s) has not yet begun to run.  Nevertheless, Plaintiffs respectfully request guidance from the Court on whether (a) a pre-motion conference on these motions will be held, and (b) if the pre-motion conference is to be waived, what briefing schedule the parties should follow.

Copies of this letter are being delivered to Defendants Sally and Susan Anderson by overnight express at the addresses listed in their respective certificates of service.  Further, because Defendants Sally and Susan Anderson are proceeding *pro se*, Plaintiffs have enclosed in such deliveries a copy of the Court's Amended Rules, available at https://www.nyed.uscourts.gov/pub/rules/LDW-MLR.pdf.



Respectfully submitted,

Barry I. Slotnick
Partner

cc: Sally Anderson (*by FedEx with enclosure*)
Susan Anderson (*by FedEx with enclosure*)