

**BARRY I. SLOTNICK**
Partner

345 Park Avenue
New York, NY  10154

Direct   212.407.4162
Main    212.407.4000
Fax      212.202.7942
bslotnick@loeb.com

Via FedEx

November 13, 2012

Ms. Sally Anderson
830 Willow Creek Circle
San Marcos, TX 78666

Ms. Susan Anderson
12430 Metric Boulevard, Apt. 5304
Austin, TX 78758

Re:   *Buena Vista Home Entertainment and Walt Disney Pictures v. Marsha Anderson, et al.;*
      Civil Action No. CV12-3267

Dear Ms. Anderson and Ms. Anderson:

We represent Plaintiffs Buena Vista Home Entertainment and Walt Disney Pictures ("Plaintiffs") in the above-titled action and write to inform you of the guidance we have received from the Court regarding the "Defendant's Special Appearance Challenging Personal Jurisdiction" that each of you has submitted, proceeding *pro se*.

The Court has informed us that it has waived its requirement for a pre-motion conference and has directed the parties to complete briefing on the Special Appearances. The Court has further directed us to send each of you a letter informing you of this order, selecting a date for Plaintiffs to submit their opposition to the Special Appearances, and indicating that each of you will have two weeks to prepare and file any reply in response to that opposition.

Accordingly, please take notice that Plaintiffs will submit their opposition to the Special Appearances by no later than **December 7, 2012**, and that you must submit any reply thereto by no later than **December 21, 2012**. We will deliver a copy of Plaintiff's opposition papers to each of you by FedEx. If you would like to discuss the dates which we have selected, please contact me.

A copy of this letter will be filed electronically and also delivered to the Court.

Sincerely,

Barry I. Slotnick
Partner


cc:    Honorable Leonard D. Wexler


Los Angeles   New York   Chicago   Nashville   Washington, DC   Beijing   www.loeb.com
NY1151015.1
219158-10001   A limited liability partnership including professional corporations